1  CONTE C. CICALA  (State Bar No. 173554)
   JEANINE STEELE TEDE (State Bar No. 177731)
2  FLYNN, DELICH & WISE LLP
   343 Sansome Street, Suite 540
3  San Francisco, CA 94104
   Telephone:     (415) 693-5566
4  Telecopier:    (415) 693-0410
   Email:         contec@fdw-law.com
5                 jeaninet@fdw-law.com

6  GEORGE M. CHALOS (*Pro Hac Vice forthcoming*)
   CHALOS & CO, P.C.
7  55 Hamilton Avenue
   Oyster Bay, NY 11771
8  Telephone:     (516) 714-4300
   Telecopier:    (516) 750-9051
9  Email:         gmc@chaloslaw.com

**FILED**

OCT 12 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK



10

11                IN THE UNITED STATES DISTRICT COURT

12           EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

13                        2:12-CV-2554 JAM GGH

14  RESOURCE MARINE PTE., LTD.           )  CASE NO.: 2:12-CV-
                                         )
15            Plaintiff,                 )  IN ADMIRALTY
                                         )
16       vs.                             )
                                         )  ORDER AUTHORIZING PROCESS OF
17  SOLYM CARRIERS (LONDON) LIMITED      )  MARITIME ATTACHMENT AND
    f/k/a AEGIS CARRIERS (A.C.E.) LTD.,  )  GARNISHMENT
18  PRIMAL SHIPMANAGEMENT INC.,          )
    SOLYM CARRIERS LIMITED, and SHINE    )
19  NAVIGATION LTD.,                     )
                                         )
20            Defendants.                )

21

22       Having reviewed and considered the Ex-Parte Motion for Issuance of Process of Maritime

23  Attachment and Garnishment of Plaintiff RESOURCE MARINE PTE., LTD., and Plaintiff's

24  Original Verified Complaint, together with the Attorney Declaration that Defendants cannot be

25  found in the District, and finding that the conditions of Rule B of the Supplemental Rules for

26

27

28

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566

-1-

Order Authorizing Process of Maritime
Attachment and Garnishment
Case No.: 2:12-CV-

Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure appear to exist, the Court hereby:

**ORDERS** the Clerk to issue Process of Maritime Attachment and Garnishment pursuant to Rule B directing the United States Marshal for the Eastern District of California to proceed with all deliberate speed and attach all property, specifically the M/V SIDER PINK, IMO Number 9363883 currently berthed within this District at Port of West Sacramento, berth # 7, belonging to Defendants SOLYM CARRIERS (LONDON) LIMITED f/k/a AEGIS CARRIERS (A.C.E.) LTD., PRIMAL SHIPMANAGEMENT INC., SOLYM CARRIERS LIMITED, and SHINE NAVIGATION LTD., in an amount up to **USD 10,856,194.18** pursuant to Supplemental Rule B; and

**ORDERS**, that once the United States Marshal has attached the M/V SIDER PINK, IMO Number 9363883, currently located within the Eastern District of California, the United States Marshal shall relinquish control of the vessel to any substitute custodian appointed by this Court; and

**ORDERS**, that the United States Marshal and/or substitute custodian appointed by this Court is authorized to allow the M/V SIDER PINK, IMO Number 9363883, to conduct normal cargo operations, both discharging and loading, repair works, and to shift berths (consistent with the U.S. Marshal's requirements), always remaining within this judicial district, and always at the risk and expense of the vessel's interests; and

**ORDERS** that any property, specifically the M/V SIDER PINK, IMO Number 9363883, attached pursuant to this Order, may be released from seizure without the necessity of further orders of this Court, provided that the Marshal and any court appointed substitute custodian, receives written authorization to do so from the attorney who requested the attachment and

Order Authorizing Process of Maritime
Attachment and Garnishment
Case No.: 2:12-CV-

garnishment, stating that he has conferred with all attorneys representing parties to the litigation, and they consent to the request for the release, and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the property which was attached pursuant to this Order; and

**ORDERS** that any person claiming an interest in the property attached or garnished pursuant to order upon application of the Court, be entitled to a prompt hearing in which Plaintiff shall be required to show why the attachment or garnishment should not be vacated or other relief granted; and

**ORDERS** that the Clerk of the Court shall issue further, supplementary process of maritime attachment and garnishment, on request of the Plaintiff and without further order of this Court; and

**ORDERS** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment.

SIGNED at Sacramento, California this 12 day of October, 2012.

_____
**GREGORY G. HOLLOWS**
UNITED STATES DISTRICT /MAGISTRATE JUDGE

Order Authorizing Process of Maritime
Attachment and Garnishment
Case No.: 2:12-CV-

-3-

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566