**FILED**

OCT 12 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

1  CONTE C. CICALA (State Bar No. 173554)
   JEANINE STEELE TEDE (State Bar No. 177731)
2  FLYNN, DELICH & WISE LLP
   343 Sansome Street, Suite 540
3  San Francisco, CA 94104
   Telephone:   (415) 693-5566
4  Telecopier:  (415) 693-0410
   Email:       contec@fdw-law.com
5               jeaninet@fdw-law.com

6  GEORGE M. CHALOS (*Pro Hac Vice forthcoming*)
   CHALOS & CO, P.C.
7  55 Hamilton Avenue
   Oyster Bay, NY 11771
8  Telephone:   (516) 714-4300
   Telecopier:  (516) 750-9051
9  Email:       gmc@chaloslaw.com

10 Attorneys for Plaintiff

11 RESOURCE MARINE PTE., LTD.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| RESOURCE MARINE PTE., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>SOLYM CARRIERS (LONDON) LIMITED f/k/a AEGIS CARRIERS (A.C.E.) LTD., PRIMAL SHIPMANAGEMENT INC., SOLYM CARRIERS LIMITED, and SHINE NAVIGATION LTD.,<br><br>Defendants. | CASE NO.: 2:12-CV-2554 JAM GGH<br><br>IN ADMIRALTY<br><br>**ORDER AUTHORIZING APPOINTMENT OF SUBSTITUTE CUSTODIAN** |

Upon the Motion of Plaintiff, RESOURCE MARINE PTE., LTD., for the Appointment of a Substitute Custodian for the M/V SIDER PINK in lieu of the United States Marshal in this case, and good cause appearing therefore, it is hereby:

1  **ORDERED** that the Plaintiff's Motion is granted, and the United States Marshal shall
2  transfer custody of the M/V SIDER PINK, immediately following her attachment and seizure, to
3  the custody of the substitute custodian, NATIONAL MARITIME SERVICES (hereinafter
4  "National"), by and through its authorized representatives, of 1915 SW 21st Avenue, Fort
5  Lauderdale, Florida 33312; and it is further
6  
7  **ORDERED** that upon transfer of the M/V SIDER PINK to the substitute custodian, the
8  aforesaid substitute custodian shall be appointed to act as substitute custodian of the M/V SIDER
9  PINK during *custodia legis* on behalf of this Court, in place and instead of the United States
10 Marshal, until written notice of release has been given by the Plaintiff to the United States Marshal
11 or has been ordered by this Court; and it is further
12 
13 **ORDERED** that upon transfer of the M/V SIDER PINK to the substitute custodian by the
14 United States Marshal, the United States Marshal shall not be liable for any loss occurring while
15 she remains in the custody of the substitute custodian; and it is further
16 
17 **ORDERED** that after the M/V SIDER PINK is attached, the substitute custodian shall
18 cause and be responsible to have the M/V SIDER PINK remain at an appropriate berth and/or
19 anchorage within the Eastern District of California.
20 **ORDERED** that during *custodia legis*, the substitute custodian, National, will permit the
21 vessel to undergo normal cargo operations, both loading and discharge, shift berths within the
22 Eastern District of California, and/or undergo repairs, but always at the risk and expense of the
23 vessel's interests.
24 
25 ///
26 ///
27 ///
28 

-2-
Order Authorizing Appointment of Substitute Custodian
Case No.: 2:12-CV-

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED at Sacramento California on this 12th day of October, 2012.

_____
**GREGORY G. HOLLOWS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566

-3-
Order Authorizing Appointment of Substitute Custodian
Case No.: 2:12-CV-