CONTE C. CICALA (State Bar No. 173554)
JEANINE STEELE TEDE (State Bar No. 177731)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA 94104
Telephone:   (415) 693-5566
Telecopier:  (415) 693-0410
Email:       contec@fdw-law.com

GEORGE M. CHALOS
*Admitted Pro Hac Vice*
CHALOS & CO, P.C.
55 Hamilton Avenue
Oyster Bay, NY 11771
Telephone:   (516) 714-4300
Telecopier:  (516) 750-9051
Email:       gmc@chaloslaw.com

Attorneys for Plaintiff
RESOURCE MARINE PTE., LTD.

**FILED**

OCT 26 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| RESOURCE MARINE PTE., LTD. | CASE NO.: 2:12-CV-2554-JAM |
| Plaintiff, | IN ADMIRALTY |
| vs. | [PROPOSED] ORDER APPROVING BUNKER COSTS AS CUSTODIA LEGIS EXPENSES |
| SOLYM CARRIERS (LONDON) LIMITED f/k/a AEGIS CARRIERS (A.C.E.) LTD., PRIMAL SHIPMANAGEMENT INC., SOLYM CARRIERS LIMITED, and SHINE NAVIGATION LTD., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Resource Marine Pte., Ltd's Emergency Motion for an Order Approving Bunker Costs as Custodia Legis Expenses;

NOW, having reviewed the Plaintiff's Motion and any opposition thereto, it is hereby:

1  ORDERED, that Plaintiff's Emergency Motion for an Order Approving Bunker Costs as
2  Custodia Legis Expenses is GRANTED;
3  ORDERED, that the total price of USD 13,185.00 for delivery of the necessary MGO Fuel
4  to the M/V SIDER PINK is approved and designated as a *custodia legis* expense.

DATED: October 26, 2012

_____
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

s/ George M. Chalos
George M. Chalos
*Admitted Pro Hac Vice*
CHALOS & CO, P.C.
55 Hamilton Avenue,
Oyster Bay, NY 11771
Telephone:   (516) 714-4300
Telecopier:  (516) 750-9051
Email: gmc@chaloslaw.com

OF COUNSEL

Conte C. Cicala (State Bar No. 173554)
Jeanine Steele Tede (State Bar No. 177731)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA 94104
Telephone:   (415) 693-5566
Telecopier:  (415) 693-0410
Email: contec@fdw-law.com

*Attorneys for Plaintiff*
RESOURCE MARINE PTE., LTD.

[Proposed] Order Approving Bunker Costs
As Custodia Legis Expenses
Case No.: 2:12-CV-2554 JAM