CONTE C. CICALA  (State Bar No. 173554)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA 94104
Telephone:      (415) 693-5566
Telecopier:     (415) 693-0410
Email:          contec@fdw-law.com

GEORGE M. CHALOS (GC-8693)
*Admitted pro hac vice*
CHALOS & CO, P.C.
55 Hamilton Avenue
Oyster Bay, NY 11771
Telephone:      (516) 714-4300
Telecopier:     (516) 750-9051
Email:          gmc@chaloslaw.com

Attorneys for Plaintiff

RESOURCE MARINE PTE., LTD.

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

| | |
|---|---|
| RESOURCE MARINE PTE., LTD. | **CASE NO.: 2:12-CV-2554-JAM** |
| Plaintiff, | IN ADMIRALTY |
| vs. | **ORDER GRANTING JOINT MOTION TO SET REVISED SCHEDULE FOR SUPPLEMENTAL BRIEFING** |
| SOLYM CARRIERS (LONDON) LIMITED f/k/a AEGIS CARRIERS (A.C.E.) LTD., PRIMAL SHIPMANAGEMENT INC., SOLYM CARRIERS LIMITED, and SHINE NAVIGATION LTD., | |
| Defendants. | |

This matter is before the Court on the Parties' Joint Motion to Set a Revised Schedule for Supplemental Briefing ordered by this Court on October 29, 2012;

NOW, having reviewed the motion, and good cause having been shown, it is hereby:

-1-

**ORDERED**, that the parties shall submit simultaneous briefs on the issue of whether discovery on the Plaintiff's alter ego theory can be done through the arbitration proceeding in London, no later than Monday, November 19, 2012 at 12 noon;

DATED: November 5, 2012

          /s/ John A. Mendez
          UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

s/ Conte C. Cicala
Conte C. Cicala (State Bar No. 173554)
Jeanine Steele Tede (State Bar No. 177731)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA 94104
Telephone:   (415) 693-5566
Telecopier:   (415) 693-0410
Email: contec@fdw-law.com


George M. Chalos
*Admitted Pro Hac Vice*
CHALOS & CO, P.C.
55 Hamilton Avenue,
Oyster Bay, NY 11771
Telephone:   (516) 714-4300
Telecopier:   (516) 750-9051
Email: gmc@chaloslaw.com

*Attorneys for Plaintiff*
RESOURCE MARINE PTE., LTD.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566