CONTE C. CICALA  (State Bar No. 173554)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA 94104
Telephone:     (415) 693-5566
Telecopier:    (415) 693-0410
Email:         contec@fdw-law.com

GEORGE M. CHALOS (GC-8693)
*Admitted pro hac vice*
CHALOS & CO, P.C.
55 Hamilton Avenue
Oyster Bay, NY 11771
Telephone:     (516) 714-4300
Telecopier:    (516) 750-9051
Email:         gmc@chaloslaw.com

Attorneys for Plaintiff
RESOURCE MARINE PTE., LTD.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| RESOURCE MARINE PTE., LTD. | CASE NO.: 2:12-CV-2554-JAM |
| Plaintiff, | IN ADMIRALTY |
| vs. | **ORDER** |
| SOLYM CARRIERS (LONDON) LIMITED f/k/a AEGIS CARRIERS (A.C.E.) LTD., PRIMAL SHIPMANAGEMENT INC., SOLYM CARRIERS LIMITED, and SHINE NAVIGATION LTD., | |
| Defendants. | |

Based on the Parties' Stipulation and a finding of good cause by the Court, the Discovery and Briefing Deadlines shall be set as follows:

- **January 28, 2013** – Plaintiff to Serve Requests for Production of Documents and Interrogatories;

-1-

[PROPOSED] Order
Case No.: 2:12-CV-2554-JAM

- **February 27, 2013** – Defendant Responses to Written Discovery Requests due to be served;

- **April 29, 2013** – Deadline to complete depositions;

- **On or before May 29, 2013** – Plaintiff to file and serve brief;

- Defendant to file and serve response brief within thirty (30) days after Plaintiff's brief is filed;

IT IS SO ORDERED.

Dated: January 7, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

s/ Conte C. Cicala
Conte C. Cicala (State Bar No. 173554)
Jeanine Steele Tede (State Bar No. 177731)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA 94104
Telephone:    (415) 693-5566
Telecopier:    (415) 693-0410
Email: contec@fdw-law.com

*Attorneys for Plaintiff*
RESOURCE MARINE PTE., LTD.