CONTE C. CICALA  (State Bar No. 173554)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA 94104
Telephone:    (415) 693-5566
Telecopier:    (415) 693-0410
Email:          contec@fdw-law.com

GEORGE M. CHALOS (GC-8693)
*Admitted pro hac vice*
CHALOS & CO, P.C.
55 Hamilton Avenue
Oyster Bay, NY 11771
Telephone:    (516) 714-4300
Telecopier:    (516) 750-9051
Email:          gmc@chaloslaw.com

Attorneys for Plaintiff

RESOURCE MARINE PTE., LTD.

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| RESOURCE MARINE PTE., LTD. | CASE NO.: 2:12-CV-2554-JAM |
| Plaintiff, | **IN ADMIRALTY** |
| vs. | **ORDER OF DISMISSAL** |
| SOLYM CARRIERS (LONDON) LIMITED f/k/a AEGIS CARRIERS (A.C.E.) LTD., PRIMAL SHIPMANAGEMENT INC., SOLYM CARRIERS LIMITED, and SHINE NAVIGATION LTD., | |
| Defendants. | |

This matter is before the Court on Plaintiff RESOURCE MARINE PTE., LTD. ("RMPL")

and Defendant SHINE NAVIGATION LTD.'s ("SHINE") Stipulation of Dismissal (Doc. #38).

The parties stipulate that the pending Rule B Action and claim for unpaid hire should be dismissed

with prejudice.  The parties further stipulate that the substitute security posted by SHINE, plus any

accrued interest, should be released consistent with the terms of the Parties' confidential agreement and that Plaintiff RMPL's Order on motion for Writ of Attachment and Garnishment of the M/V SIDER PINK (Doc. #7), should be vacated. The Court is of the opinion that the stipulation should be entered, and this action dismissed.

**IT IS THEREFORE ORDERED** that this Rule B Action and the Plaintiff's claim for unpaid hire is DISMISSED WITH PREJUDICE and without costs subject to the terms of the Parties' Stipulation of Dismissal.

**IT IS FURTHER ORDERED** that RMPL's Order on motion for Writ of Attachment and Garnishment of the M/V SIDER PINK (Doc. #7), is VACATED. The substitute security in the amount of USD 232,800.00, plus any accrued interest, shall be released in accordance with the terms of the Parties' confidential settlement agreement. This dismissal is without prejudice to the terms of the confidential Settlement Agreement between the parties dated January 23, 2013.

So **ORDERED** and **SIGNED**

DATED: January 28, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

s/ George M. Chalos
George M. Chalos
*Admitted Pro Hac Vice*
CHALOS & CO, P.C.
55 Hamilton Avenue,
Oyster Bay, NY 11771
Telephone:    (516) 714-4300
Telecopier:    (516) 750-9051
Email: gmc@chaloslaw.com

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566

OF COUNSEL

Conte C. Cicala (State Bar No. 173554)
Jeanine Steele Tede (State Bar No. 177731)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA 94104
Telephone:   (415) 693-5566
Telecopier:   (415) 693-0410
Email:  contec@fdw-law.com

*Attorneys for Plaintiff*
RESOURCE MARINE PTE., LTD.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566

-3-

STIPULATION OF DISMISSAL
AND PROPOSED ORDER
Case No.: 2:12-cv-2554-JAM